IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-20-244-HE |
| ) | |
| TYRUS OATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

NOW on this 26th day of April, 2022, on Motion of the plaintiff, United States of America, to dismiss the Indictment as well as Counts 1-10 and Count 12 of the Superseding Indictment herein as to the defendant, Tyrus Oates, for the reason that such action would best serve the ends of justice in view of the defendant, Tyrus Oates, having pled guilty to Count 11 of the Superseding Indictment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the Indictment, as well as Counts 1-10 and Count 12 of the Superseding Indictment returned herein on September 16, 2020 and July 22, 2021, respectively, as to Tyrus Oates, be and the same is hereby dismissed.

JOE HEATON
United States District Judge